

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-16-00711-CV

John **DEVILBISS**,
Appellant

v.

Majorie **BURCH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04843
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant's brief was originally due May 8, 2017. After this court struck appellant's original brief for failure to comply with the briefing rules, appellant's amended brief was due July 17, 2017. Thereafter, appellant filed a motion for extension of time asking for an additional seven days in which to file his brief. We granted appellant's motion. Appellant has now filed another motion for extension of time asking for an additional fourteen days in which to file his amended brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before August 7, 2017. With the granting of this extension, it has now been ninety-one days since appellant's brief was originally due. Accordingly, we advise appellant that **no further extensions of time to file appellant's brief will be granted absent written proof of extraordinary circumstances.**

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk